**Kevin L. OLSON Plaintiff-Appellant**

v.

**SOCIAL SECURITY ADMINISTRA-TION, Nancy A. Berryhill, Acting Commissioner; Department of Treasury, Steven T. Mnuchin, Secretary of the Treasury Defendants**

**United States of America Defendant-Appellee**

**No. 17-1770**

United States Court of Appeals, Eighth Circuit.

Submitted: December 19, 2017

Filed: December 28, 2017

Kevin L. Olson, Pro Se

Norah Bringer, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, for Defendants

Norah Bringer, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, Tara Vavrosky Iversen, Assistant U.S. Attorney, U.S. Attorney's Office, District of North Dakota, Fargo, ND, Teresa E. McLaughlin, Gilbert Steven Rothenberg, Senior Attorney, U.S. De-

partment of Justice, Tax Division, Appellate Section, Washington, DC, Casey S. Smith, U.S. Department of Justice, Tax Division, Civil Trial Section, Central Region, Washington, DC, for Defendant-Appellee

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Kevin Olson challenges the district court's[1] dismissal of his complaint challenging the constitutionality of provisions of the Patient Protection and Affordable Care Act, the Federal Insurance Contributions Act, and the Self-Employment Contributions Act.

After careful review, we affirm for the reasons stated by the district court. See Butler v. Bank of Am., N.A., 690 F.3d 959, 961 (8th Cir. 2012) (de novo review of dismissal of complaint for failure to state claim). The judgment is affirmed. See 8th Cir. R. 47B. Appellee's motions to strike are granted, and Olson's motion to take judicial notice is denied.

---

1. The Honorable Ralph R. Erickson, then United States District Judge for the District of North Dakota, now United States Circuit Judge; adopting the report and recommendations of the Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota.